

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

April 29, 2022

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19, Room 4324
Wilmington, DE 19801-3555

      Re:  *Avadel CNS Pharmaceuticals, LLC et al. v. Jazz Pharmaceuticals, Inc. et al.*,
           C.A. No. 22-487-MN

Dear Judge Noreika:

This firm, along with Latham & Watkins LLP and Durie Tangri LLP, represents Plaintiffs Avadel CNS Pharmaceuticals, LLC and Avadel Pharmaceuticals, plc (collectively "Avadel") in the above-referenced action.  I write to request a status conference regarding the coordination of this action with other actions between Jazz and Avadel currently pending before this Court, 21-691-MN, 21-1138-MN, and 21-1594-MN (collectively the "Pending Litigations").

By way of background, this action relates to Avadel's allegations that Jazz breached certain confidential disclosure agreements and misappropriated trade secrets related to Avadel's novel drug product, FT218, used for the once-nightly treatment of narcolepsy.[1]  The Pending Litigations are patent infringement lawsuits brought by Jazz against that same product and therefore involve related fact issues and overlapping discovery.  Indeed, much of the conduct at issue came to light as a result of discovery from Jazz in the Pending Litigations.  Coordination would therefore conserve the resources of the Court and the parties, provide efficiencies in discovery, and avoid the need for the Court to manage two parallel litigations and multiple jury trials involving the same parties and product.  Further, fact discovery does not close in the Pending Litigations until October 21, 2022 (21-691-MN, D.I. 72 at 3), providing ample time for any additional discovery specific to this action.  Plaintiffs respectfully submit that the parties and the Court will be subjected to substantial inefficiencies if these actions – involving a high degree of overlap – are not coordinated.

---

[1] Once Avadel discovered it had additional claims against Jazz, it asked Jazz to either:  (1) stipulate to an amendment of Avadel's counterclaims in the Pending Litigations; or (2) stipulate to modify the protective order to enable Avadel to assert its additional claims in a new action.  Jazz chose the latter.  Jazz now claims that its election forecloses the possibility of coordination, but the parties never discussed scheduling or coordination, and Jazz did not condition its agreement to modify the protective order on non-coordination – if it had, Avadel would never have agreed.

ME1 40405598v.1

April 29, 2022
Page 2

The parties met and conferred by telephone on April 26, 2022, where Jazz indicated that they would oppose consolidation. Avadel respectfully requests a status conference at the Court's earliest convenience to determine how this action will proceed, as coordination will become more difficult if substantial time passes.

Counsel are available at the Court's convenience.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:    All counsel of record (via E-Mail)

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on April 29, 2022 on the following counsel in the manner indicated:

### **BY EMAIL:**

Jack B. Blumenfeld
Jeremy Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. brier
Frank C. Calvosa
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com
andrewchalson@quinnemanuel.com
gabrielbrier@quinnemanuel.com
frankcalvosa@quinnemanuel.com

*Attorneys for Plaintiff Jazz Pharmaceuticals, Inc.*

Dated: April 29, 2022                              /s/ *Daniel M. Silver*
                                                                Daniel M. Silver (#4758)

ME1 39087865v.1