

**Alexandra M. Joyce**
Associate

T. 302-984-6392
F. 302-450-4235

ajoyce@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

January 5, 2023

<u>**VIA CM/ECF**</u>
The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Rm. 6124
Wilmington, DE 19801

Re:   *Avadel CNS Pharmaceuticals, LLC et al. v. Jazz Pharmaceuticals, Inc. et al.*,
      C.A. No. 22-487-GBW

Dear Judge Williams,

I write on behalf of the parties in the above-referenced action pursuant to the Court's December 6, 2022 Order (D.I. 37).  The parties have conferred and agreed upon a proposed schedule for this case, which is enclosed. The parties respectfully request that the Court enter the agreed-upon scheduling order.

Respectfully submitted,

*/s/ Alexandra M. Joyce*

Alexandra M. Joyce (#6423)

cc: Counsel of Record (via CM/ECF and E-Mail)