**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVADEL CNS PHARMACETUICALS LLC and AVADEL PHARMACEUTICALS PLC,<br><br>Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-487 (GBW)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER
## REGARDING CASE SCHEDULING ORDER

WHEREAS, on January 5, 2023, the parties submitted a Proposed Scheduling Order (D.I. 43), which has not yet been entered by the Court;

WHEREAS, in light of the pendency of Jazz's Rule 12(c) motion (D.I. 24) in this case, and to conserve the Court's and the parties' resources, the parties have conferred and agreed that the previously-Proposed Scheduling Order should not be adopted;

IT IS HEREBY STIPULATED AND AGREED, by the Parties, subject to approval of the Court, that:

1. The Proposed Scheduling Order (D.I. 43) will not be entered.

2. The parties will meet and confer and submit a Proposed Scheduling Order within 14 days of the Court issuing its decision on Jazz's Rule 12(c) motion (D.I. 24), if necessary.

Dated: April 19, 2023

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | McCARTER & ENGLISH, LLP |
| */s/ Jeremy A. Tigan* | */s/ Alexandra M. Joyce* |
| Jack B. Blumenfeld (#1014) | Daniel M. Silver (#4758) |
| Jeremy A. Tigan (#5239) | Alexandra M. Joyce (#6423) |
| 1201 North Market Street | Renaissance Centre |
| P.O. Box 1347 | 405 N. King St., 8th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6300 |
| jblumenfeld@morrisnichols.com | dsilver@mccarter.com |
| jtigan@morrisnichols.com | ajoyce@mccarter.com |
| *Attorneys for Jazz* | *Attorneys for Avadel* |

**SO ORDERED** this _____ day of April, 2023.

_____
United States District Court Judge