

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

October 25, 2023

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:   *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC*,
      **C.A. Nos. 21-691-GBW, 21-1138-GBW, 21-1594-GBW, 22-487-GBW**

Dear Judge Williams:

We write on behalf of Avadel regarding Avadel's request to consolidate the above-referenced cases for a single jury trial. *See* Avadel's Aug. 15, 2023 Letter (D.I. 348, C.A. No. 21-691-GBW; D.I. 239, C.A. No. 21-1138-GBW; D.I. 236, C.A. No. 21-1594-GBW; D.I. 52, 22-487-GBW).

With trial just a few months away, Avadel respectfully requests that the issue of consolidation be discussed at the conclusion of the *Markman* hearing, which will occur on November 1, 2023 at 1:00 p.m. in Civil Action Nos. 21-691-GBW, 21-1138-GBW, 21-1594-GBW.

Counsel are available at the Court's convenience.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   All counsel of record (via CM/ECF and E-Mail)