IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS LLC and AVADEL PHARMACEUTICALS PLC,<br><br>Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-487 (GBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF POST-TRIAL MOTIONS & APPEAL (IF ANY) OF THE JURY'S VERDICT IN C.A. NO. 21-691-GBW**

Defendants Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited hereby move to stay this action pending resolution of post-trial motions and appeal, if any, in C.A. No. 21-691-GBW. The grounds for this motion are set forth in Jazz's opening brief and supporting papers, filed herewith.

|  |  |
|---|---|
| OF COUNSEL:<br><br>F. Dominic Cerrito<br>Gabriel P. Brier<br>Frank C. Calvosa<br>Geoffrey A. Kirsner<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendants*<br>*Jazz Pharmaceuticals, Inc. and*<br>*Jazz Pharmaceuticals Ireland Limited* |

Joseph M. Paunovich
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

March 19, 2024

## **RULE 7.1.1 CERTIFCATE**

I hereby certify that counsel for the parties, including Delaware and lead counsel, discussed the subject of the foregoing motion and were unable to reach agreement.

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 19, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Sarah W. Wang, Esquire<br>Russell Mangas, Esquire<br>Jaime Zucker, Esquire<br>Laryssa M. Bedley, Esquire<br>Matthew W. Walch, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>Franco Benyamin, Esquire<br>Ramya Vallabhaneni, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Audra Sawyer, Esquire  *VIA ELECTRONIC MAIL*
Alan J. Devlin, Esquire
Ian Conner, Esquire
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
*Attorneys for Plaintiffs*

David F. McGowan, Esquire  *VIA ELECTRONIC MAIL*
David F. Kowalski, Esquire
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
*Attorneys for Defendant*

Daralyn J. Durie, Esquire  *VIA ELECTRONIC MAIL*
Eric P. Berger, Esquire
Rebecca E. Weires, Esquire
Tannyr Pasvantis, Esquire
MORRISON & FOERSTER LLP
425 Market Sreet
San Francisco, CA 94105
*Attorneys for Plaintiffs*

Kira A. Davis, Esquire  *VIA ELECTRONIC MAIL*
Katherine E. McNutt, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Blvd.
Los Angeles, CA 90017
*Attorneys for Plaintiffs*

Andrew T. Jones, Esquire  *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L. Street, NW, Suite 900
Washington, D.C. 20037
*Attorneys for Plaintiffs*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

2