# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS LLC and AVADEL PHARMACEUTICALS PLC,<br><br>Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Defendants. | C.A. No. 22-487 (GBW) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs Avadel CNS Pharmaceuticals LLC and Avadel Pharmaceuticals PLC ("Avadel") and Defendants Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited ("Jazz"), subject to the approval of the Court, that the deadline to submit a public redacted version of Plaintiffs' Opposition to Defendants' Motion to Stay Pending Resolution of the Jury's Verdict in C.A. No. 21-691-GBW (D.I. 89) is extended to April 19, 2024 (from April 16, 2024).

Dated: April 16, 2024

| McCarter & English, LLP | Morris, Nichols, Arsht & Tunnell LLP |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Jeremy A. Tigan* |
| Daniel M. Silver (#4758) | Jack B. Blumenfeld (#1014) |
| Alexandra M. Joyce (#6423) | Jeremy A. Tigan (#5239) |
| Renaissance Centre | 1201 North Market Street |
| 405 N. King Street, 8th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 984-6300 | (302) 658-9200 |
| dsilver@mccarter.com | jblumenfeld@morrisnichols.com |
| ajoyce@mccarter.com | jtigan@morrisnichols.com |
| | |
| *Attorneys for Avadel* | *Attorneys for Jazz* |

**SO ORDERED** this ____ day of _____, 2024.

                                              _____
                                              The Honorable Gregory B. Williams
                                              United States District Judge