IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS LLC and AVADEL PHARMACEUTICALS PLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 22-487 (GBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Defendants to file a redacted version of their Reply Brief in Support of their Motion to Stay Pending Resolution of Post-Trial Motions & Appeal (if any) of the Jury's Verdict in C.A. No. 21-691-GBW (D.I. 90) is extended to April 25, 2024.

| McCarter & English, LLP | Morris, Nichols, Arsht & Tunnell LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Jeremy A. Tigan* |
| Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

April 24, 2024

2

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE