# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Jeremy A. Tigan**
(302) 351-9106
jtigan@morrisnichols.com

May 20, 2024

The Honorable Gregory B. Williams     *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

> Re:  *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC;* C.A. No. 21-691 (GBW)
>      *Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC;* C.A. No. 22-941 (GBW)
>      *Avadel CNS Pharms., LLC, et al. v. Jazz Pharms., Inc.;* C.A. No. 22-487 (GBW)

Dear Judge Williams:

      Jazz respectfully requests that at the hearing set for June 4, 2024 at 9:00 AM regarding Jazz's motion for a permanent injunction and an ongoing royalty in C.A. No. 21-691, oral argument also be heard on Jazz's supplemental motion to stay in the antitrust action (C.A. No. 22-941, D.I. 80, 82, 84) and on Jazz's motion to stay in the trade secrets action (C.A. No. 22-487, D.I. 85, 86, 89, 90).  The June 4 hearing is scheduled for three hours, which Jazz anticipates will be ample time to address the issues raised by these motions.

                                                Respectfully,

                                                */s/ Jeremy A. Tigan*

                                                Jeremy A. Tigan (#5239)

JAT/lo
cc:  Clerk of the Court (via hand delivery)
      All Counsel of Record (via CM/ECF and e-mail)