IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS LLC and AVADEL PHARMACEUTICALS PLC, | ) ) ) **PUBLIC VERSION** |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-487 (GBW) ) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS JAZZ PHARMACEUTICALS, INC. AND
JAZZ PHARMACEUTICALS IRELAND LIMITED'S
UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER**

Defendants Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited ("Jazz") respectfully move the Court for leave to amend its Answer (D.I. 18), pursuant to Fed. R. Civ. P. 15(a), to add affirmative defenses of preemption and collateral estoppel in light of the jury verdict in the patent litigation (C.A. No. 21-691-GBW).

Jazz's proposed Amended Answer is attached as Exhibit 1. Pursuant to D. Del. LR 15.1 and Paragraph 4(a) of the Scheduling Order in this case (D.I. 98), a redlined version of the Amended Answer, highlighting the changes from the original Answer, is attached as Exhibit 2.

Pursuant to D. Del. LR 7.1.1, counsel for Jazz conferred with counsel for Plaintiffs, and Plaintiffs do not oppose Jazz's motion.

|  |  |
|---|---|
| OF COUNSEL:<br><br>F. Dominic Cerrito<br>Eric C. Stops<br>Evangeline Shih<br>Andrew S. Chalson<br>Gabriel P. Brier<br>Frank C. Calvosa<br>Nicholas LoCastro<br>Krista M. Rycroft<br>Geoffrey A. Kirsner<br>Allison Silber<br>Andrew Shifren<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>(212) 849-7000<br><br>Joseph M. Paunovich<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>(213) 443-3000<br><br>June 27, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendants*<br>*Jazz Pharmaceuticals, Inc. and*<br>*Jazz Pharmaceuticals Ireland Limited* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 27, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Sarah W. Wang, Esquire<br>Russell Mangas, Esquire<br>Jaime Zucker, Esquire<br>Laryssa M. Bedley, Esquire<br>Matthew W. Walch, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>Franco Benyamin, Esquire<br>Ramya Vallabhaneni, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Alan J. Devlin, Esquire<br>Ian Conner, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C.  20004-1304<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

David F. McGowan, Esquire     *VIA ELECTRONIC MAIL*
David F. Kowalski, Esquire
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130
*Attorneys for Defendant*

Daralyn J. Durie, Esquire     *VIA ELECTRONIC MAIL*
Eric P. Berger, Esquire
Rebecca E. Weires, Esquire
Tannyr Pasvantis, Esquire
MORRISON & FOERSTER LLP
425 Market Sreet
San Francisco, CA  94105
*Attorneys for Plaintiffs*

Kira A. Davis, Esquire     *VIA ELECTRONIC MAIL*
Katherine E. McNutt, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Blvd.
Los Angeles, CA  90017
*Attorneys for Plaintiffs*

Andrew T. Jones, Esquire     *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
2100 L. Street, NW, Suite 900
Washington, D.C.  20037
*Attorneys for Plaintiffs*

 

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)