IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS LLC and AVADEL PHARMACEUTICALS PLC,<br><br>Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Defendants. | C.A. No. 22-487 (GBW) |

## STIPULATION AND [PROPOSED] ORDER TO STAY

WHEREAS, the parties to this action are engaged in a related patent litigation in this Court (C.A. Nos. 21-691-GBW, 21-1138-GBW, and 21-1594-GBW) and the U.S. Court of Appeals for the Federal Circuit (Appeal Nos. 24-2274, 24-2277, and 24-2278); and

WHEREAS, until the Federal Circuit resolves Appeal Nos. 24-2274, 24-2277, and 24-2278, the parties have agreed to stay this action to preserve the resources of the parties and the Court;

WHEREAS, Avadel agreed to this stay in exchange for Jazz agreeing to expedite the proceedings in Appeal Nos. 24-2274, 24-2277, and 24-2278;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this case is STAYED pending the Federal Circuit's resolution of Appeal Nos. 24-2274, 24-2277, and 24-2278 and the current case schedule is vacated. Within 14 days of the Federal Circuit's resolution of Appeal Nos. 24-2274, 24-2277, and 24-2278, the parties to this action shall file a joint status report.

| McCarter & English, LLP | Morris, Nichols, Arsht & Tunnell LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Jeremy A. Tigan* |
| Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Maliheh Zare (#7133)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br>mzare@mccarter.com | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

September 6, 2024

SO ORDERED this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE