IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS LLC and AVADEL PHARMACEUTICALS PLC, <br><br> Plaintiffs, <br><br> v. <br><br> JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Defendants. | C.A. No. 22-487 (GBW) |

**DEFENDANTS' RENEWED MOTION TO STAY PENDING RESOLUTION
OF POST-TRIAL MOTIONS & APPEAL (IF ANY) OF THE JURY'S VERDICT IN
C.A. NO. 21-691-GBW**

Defendants Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited hereby renew their motion to stay this action pending resolution of post-trial motions and appeal, if any, in C.A. No. 21-691-GBW. The grounds for this motion are set forth in Jazz's opening brief and supporting papers, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Cameron P. Clark
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
cclark@morrisnichols.com

OF COUNSEL:

F. Dominic Cerrito
Gabriel P. Brier
Frank C. Calvosa
Geoffrey A. Kirsner
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

*Attorneys for Defendants
Jazz Pharmaceuticals, Inc. and
Jazz Pharmaceuticals Ireland Limited*

Joseph M. Paunovich
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

July 14, 2025

## **RULE 7.1.1 CERTIFCATE**

I hereby certify that counsel for the parties, including Delaware and lead counsel, discussed the subject of the foregoing motion and were unable to reach agreement.

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 14, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Sarah W. Wang, Esquire<br>Russell Mangas, Esquire<br>Jaime Zucker, Esquire<br>Laryssa M. Bedley, Esquire<br>Matthew W. Walch, Esquire<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>Franco Benyamin, Esquire<br>Ramya Vallabhaneni, Esquire<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Audra Sawyer, Esquire  
Alan J. Devlin, Esquire  
Ian Conner, Esquire  
LATHAM & WATKINS LLP  
555 Eleventh Street, NW, Suite 1000  
Washington, D.C. 20004-1304  
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

David F. McGowan, Esquire  
David F. Kowalski, Esquire  
MORRISON & FOERSTER LLP  
12531 High Bluff Drive, Suite 100  
San Diego, CA 92130  
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Daralyn J. Durie, Esquire  
Eric P. Berger, Esquire  
Rebecca E. Weires, Esquire  
Tannyr Pasvantis, Esquire  
MORRISON & FOERSTER LLP  
425 Market Sreet  
San Francisco, CA 94105  
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

Kira A. Davis, Esquire  
Katherine E. McNutt, Esquire  
MORRISON & FOERSTER LLP  
707 Wilshire Blvd.  
Los Angeles, CA 90017  
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

Andrew T. Jones, Esquire  
MORRISON & FOERSTER LLP  
2100 L. Street, NW, Suite 900  
Washington, D.C. 20037  
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)