

Alexandra M. Joyce
Partner

T. 302-984-6392
F. 302-450-4235

ajoyce@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

September 24, 2025

**VIA CM/ECF**
The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Rm. 6124
Wilmington, DE 19801

Re:   *Avadel CNS Pharms., LLC et al. v. Jazz Pharms., Inc., et al.*, C.A. No. 22-487-GBW

Dear Judge Williams,

The parties in this action have conferred and write jointly to respectfully request that the Court schedule a discovery teleconference.

Counsel for the parties have conferred verbally and by letter on multiple occasions in accordance with D. Del. L.R. 7.1.1. The following attorneys, including at least one Delaware Counsel, participated in a verbal meet-and-confer via Zoom on September 10, 2025:

- Avadel's Delaware Counsel: Alexandra M. Joyce (McCarter & English, LLP)
- Avadel's Lead Counsel: Herman Yue, Ramya Vallabhaneni (Latham & Watkins LLP)
- Jazz's Delaware Counsel: Cameron Clark (Morris, Nichols, Arsht & Tunnell LLP)
- Jazz's Lead Counsel: Joe Paunovich, Carly Fein (Quinn Emanuel Urquhart & Sullivan, LLP)

The dispute requiring judicial attention pertains to Avadel's Request for Production No. 19 ("RFP No. 19"), which seeks forensic discovery of devices used by thirteen individuals from the date on which the parties signed the 2018 Confidential Disclosure Agreement (May 3, 2018) through the present.

Respectfully submitted,

*/s/ Alexandra M. Joyce*

Alexandra M. Joyce (#6423)

cc: Counsel of Record (via CM/ECF and E-Mail)